IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Case No: 21-CR-00286-SAG |
| | * | |
| v. | * | |
| | * | |
| RIGBY DUKES | * | |
| | * | |
| Defendant | * | |

*************************************************************************

**MOTION TO SEAL SENTENCING MEMORANDUM AND THIS MOTION TO SEAL**

Comes now the Defendant herein, Rigby Dukes, through his counsel, José A. Molina, Esq., and the Law Office of José A. Molina, LLC, court-appointed counsel pursuant to the CJA, and hereby moves this for an Order sealing the Sentencing Memorandum and this Motion to Seal filed herein by Mr. Dukes until further order of the Court for the reasons, among others:

[redacted]

[redacted]

WHEREFORE, Defendant, Mr. Dukes, based upon all of the foregoing, and for any other reasons that this Court deems just and proper, respectfully requests that his Sentencing Memorandum and this Motion to Seal and Order be sealed until further order of the Court; and that the Court direct that one (1) copy of all signed documents be provided by the Clerk to undersigned counsel.

Respectfully submitted,

Date: May 20, 2025

/s/
José A. Molina, Esquire

Law Office of José A. Molina, LLC
219 W. Joppa Road, 2nd fl.
Towson, Maryland 21204
(443) 519-5654/Fax (443) 519-5655
Counsel of Record/CJA Counsel
For Defendant Rigby Dukes

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before this 2nd day of January, 2025, a copy of the foregoing (1) *Motion to Seal Sentencing Memorandum* and *Motion to Seal the Motion to Seal* was filed *via* CM/ECF, and served as well *via* direct email, on Ms. La'Rai Everett, Assistant United States Attorney, Office of the United States Attorney, Baltimore, MD.

/s/
José A. Molina, Esquire